UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case Nos. 3:14cr98-TKW-EMT
              3:18cv428-TKW-EMT

**TERRANCE D. GOODMAN,**

    **Defendant.**
_____/

# O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 737) and Defendant's objections (Doc. 738). Based upon my de novo review of the issues raised in the objections, I find no clear error in the magistrate judge's determination that Defendant is not entitled to relief on any of the claims in his §2255 motion. Additionally, I find no merit whatsoever in Defendant's claim that he was denied due process in the consideration of his motion because the magistrate was biased against him. *See* Doc. 738, at 26-33.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. Defendant's §2255 motion to vacate, set aside, or correct his sentence is **DENIED**.

3. Defendant's motion for partial summary judgment is (Doc. 717) is **DENIED as moot**.

4. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 30th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**